IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY STEPHEN GONSALVES,

    Petitioner,                    No. CIV S-03-1091 MCE PAN P

    vs.

TOM L. CAREY, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 1983. On August 7, 2006, a letter from petitioner was filed in this action. In the letter, petitioner states that he is having "some big problems" with the medical staff at California State Prison Sacramento and he seeks an address for United States District Judge Thelton Henderson, who has in <u>Plata et al. v. Schwarzenegger</u>, CIV S-01-1351 (N.D. Cal.) appointed a receiver to oversee medical care in the California Department of Corrections and Rehabilitation.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of petitioner's letter to Judge Thelton Henderson, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

gons1091.let