IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY STEVEN GONSALVES,

    Petitioner,                    No. CIV S-03-1091 MCE EFB P

  vs.

TOM L. CAREY, Warden, et al.,

    Respondents.              <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Court records reflect that on August 27, 2003, respondents filed three volumes of the Reporter's Transcript on Appeal. Unfortunately, these documents have apparently been misplaced within the court. Accordingly, respondents will be requested to refile the Reporter's Transcript on Appeal within fourteen days.

        In accordance with the above, IT IS HEREBY ORDERED that, within fourteen days from the date of this order, respondents shall refile with this court a copy the Reporter's Transcript on Appeal.

DATED: November 17, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE